

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-20-2004

# USA v. Rivera

Precedential or Non-Precedential: Precedential

Docket No. 02-3067

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"USA v. Rivera" (2004). *2004 Decisions*. Paper 947.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/947

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-3067

UNITED STATES OF AMERICA,

Appellee

v.

ISAAC RIVERA,

Appellant

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

District Court Judge: Honorable Jerome B. Simandle
(D.C. Crim. No. 01-cr-00373-5)

Argued: December 4, 2003

Before: SLOVITER and ALITO, Circuit Judges, and
OBERDORFER,[*] District Judge.

ORDER AMENDING OPINION

---

[*] The Honorable Louis F. Oberdorfer, Senior District Judge for the District of Columbia, sitting by designation.

IT IS ORDERED that the slip opinion in the above case, filed February 9, 2004, be amended as follows:

Footnote 4 should be revised to read as follows:

The availability of *de novo* review on appeal regardless of whether Rivera formally objected to the government's advocacy makes it unnecessary for us to pursue the question of whether this indirect notice entitles Rivera to *de novo* review on independent grounds.

Footnote 6 should be deleted in its entirety and prior footnotes 7, 8 and 9 should be renumbered accordingly.

By the Court,


/s/   Louis F. Oberdorfer
District Judge


Dated:   February 20, 2004